IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| RICARDO WOODS, | : | Case No. 1:16cv643 |
| | | Judge Barrett |
| Petitioner, | : | |
| V. | : | |
| WARDEN, SOUTHEASTERN CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | | |

### PETITIONER'S NOTICE OF APPEAL

Comes now Petitioner, by and through the undersigned attorney, and hereby gives notice of his appeal of this Court's March 22, 2019 Order granting relief from judgment to Respondent and of this Court's March 29, 2018 Order denying Petitioner's petition for habeas corpus.

Respectfully submitted,

 /s/ Jennifer M. Kinsley
JENNIFER M. KINSLEY (Ohio Bar No. 0071629)
Kinsley Law Office
Post Office Box 19478
Cincinnati, Ohio 45219
513.708.2595
Kinsleylawoffice@gmail.com
Counsel for Petitioner Ricardo Woods

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing document was provided to all counsel of record via the Court's CM/ECF system on the 26th day of March, 2019.

                                               /s/ Jennifer M. Kinsley
                                            JENNIFER M. KINSLEY (Ohio Bar No. 0071629)